IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

        vs.        Criminal No. 00-043-44 (PG)

**ROBERTO LUIS MATTEI-PEREZ**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION NOTIFYING SUPERVISED RELEASE VIOLATIONS AND
REQUESTING MODIFICATION OF CONDITIONS**

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW, DAMARYS I. TELLADO, U.S. PROBATION OFFICER OF THIS COURT**, respectfully informing as follows:

    On November 7, 2003, the releasee's term of supervised release was revoked due mainly to his continued use of illegal substances. He was reinstated to supervision on June 25, 2004, and since then has tested positive to cocaine on September 3, 2004, and verbally admitted having ingested "crack" on October 6, 2004.

    Mr. Mattei-Pérez has accepted that he is need of substance abuse treatment and is willing to undergo same, as such, he has voluntarily agreed to sign Probation Form 49- *Waiver to Modify Conditions of Supervised Release* and has requested that the Court provide him with one last opportunity to demonstrate his desire to amend his ways.

**WHEREFORE**, considering the aforementioned, it is respectfully requested that the Court admonish Mr. Mattei-Perez for his most recent violations and provide him with the opportunity to receive substance abuse treatment by having his conditions of release modified, thereupon; he to be dealt with pursuant to law.

In San Juan this 5th day of November 2004.

                                            Respectfully submitted,

                                            s/Damarys I. Tellado
                                            U.S. Probation Officer
                                            150 Ave. Carlos Chardon 4th Fl
                                            San Juan, P.R. 00918-1741
                                            (787) 841-3212/ 766-5596
                                            Fax: (787) 841-3210
                                            damarys_tellado@prp.uscourts.gov

DT/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 5, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney, Humberto S. García and to Assistant Federal Public Defender, Héctor Guzmán.

                                            s/Damarys I. Tellado
                                            U.S. Probation Officer
                                            150 Ave. Carlos Chardon 4th Fl
                                            San Juan, P.R. 00918-1741
                                            (787) 841-3212/ 766-5596
                                            Fax: (787) 841-3210
                                            damarys_tellado@prp.uscourts.gov

DT/