**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
    Plaintiff,

        vs.                          Criminal No. 00-043-44(PG)

ROBERTO LUIS MATTEI-PÉREZ,
    Defendant.

| MOTION | ORDER |
|---|---|
| **DOCKET #1268** - Motion Notifying Supervised Release Violations and Requesting Modification of Conditions. | **GRANTED AS REQUESTED.** |

Date: November 15, 2004.

                                                S/JUAN M. PÉREZ-GIMÉNEZ
                                                U.S. District Judge