**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

    vs.                          **CASE NO.: 00CR043-44 (PG)**

**ROBERTO LUIS MATTEI-PEREZ**
\*   \*   \*   \*   \*   \*   \*   \*

**MOTION NOTIFYING SUPERVISED RELEASE VIOLATIONS**

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

    **COMES NOW**, Damarys I. Tellado, U.S. Probation Officer of this Honorable Court, and respectfully informs as follows:

    1. That as a result of Mr. Mattei-Pérez having tested positive to cocaine on September 3rd, October 6th and 12th and on November 30th, 2004, his conditions of supervised release were modified on November 15, 2004, so as to include substance abuse treatment.

    2. That Mr. Mattei-Pérez was referred to an out-patient treatment program but was subsequently terminated from said program due to his continued drug use detected on November 30th, 2004, via urinalysis.

    3. That on March 8, 2005, the releasee agreed to voluntarily participate in a residential drug treatment program for a term of eight (8) months.

    4. That the eight (8) months of treatment will be completed on November 7, 2005.

**WHEREFORE,** I declare under penalty of perjury, that the foregoing is true and correct. In light of the aforementioned, it is respectfully requested that the information provided be considered for informational purposes only and unless ruled otherwise, it is prayed that no punitive action be taken at this time.

In San Juan, Puerto Rico, this 27th day of April 2005.

Respectfully submitted,

s/Damarys I. Tellado
U.S. Probation Officer
Federal Office Building Rm 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
Tel. (787) 766-5596/771-1401
Fax.: (787) 766-5945
E-mail: damarys_tellado@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 27th, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney, Humberto S. García and to Assistant Federal Public Defender, Héctor Guzmán.

s/Damarys I. Tellado
U.S. Probation Officer
Federal Office Building Rm 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
Tel. (787) 766-5596/771-1401
Fax.: (787) 766-5945
E-mail: damarys_tellado@prp.uscourts.gov

DT/

3

Case 3:00-cr-00043-PG    Document 1284    Filed 04/27/2005    Page 3 of 3