IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.   CASE NO.: 00CR043-44 (PG)

ROBERTO LUIS MATTEI-PEREZ
\*   \*   \*   \*   \*   \*   \*   \*

SUPPLEMENT TO MOTIONS FILED ON
NOVEMBER 5, 2004  AND APRIL 27, 2005
AND REQUEST FOR THE ISSUANCE OF A WARRANT

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW**, Damarys I. Tellado, U.S. Probation Officer of this Honorable Court, and respectfully informs as follows:

1.  That the releasee abandoned the residential drug treatment program "Mision Refugio" located  in Ponce on June 13, 2005, as confirmed by program personnel.

2.  That Mr. Mattei-Pérez had been provided with the opportunity to participate in said drug treatment program in lieu of facing possible revocation for his continued drug use.

3.  That the releasee was to have participated in said program for a term of eight (8) months.

4.  That the eight (8) months of treatment would have been fulfilled on November 7, 2005.

**WHEREFORE,** I declare under penalty of perjury, that the foregoing is true and correct. In light of the aforementioned, it is respectfully requested that the Court order the issuance of a warrant for the arrest of Mr. Mattei-Pérez so that he may be brought before this Court to show cause why his supervised release term should not be revoked, thereupon, Mr. Mattei-Pérez to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 16th day of June 2005.

Respectfully submitted,

s/Damarys I. Tellado
U.S. Probation Officer
Federal Office Building Rm 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
Tel. (787) 766-5596/771-1401
Fax.: (787) 766-5945
E-mail: damarys_tellado@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney, Humberto S. García and to Assistant Federal Public Defender, Héctor Guzmán.

        s/Damarys I. Tellado
        U.S. Probation Officer
        Federal Office Building Rm 400
        150 Carlos Chardón Ave.
        San Juan, P.R. 00918-1741
        Tel. (787) 766-5596/771-1401
        Fax.: (787) 766-5945
        E-mail: damarys_tellado@prp.uscourts.gov

DT/

Case 3:00-cr-00043-PG    Document 1290    Filed 06/16/2005    Page 4 of 4