IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

   v.s.

                                 CASE NO.: 00 CR043-44 (PG)

ROBERTO MATTEI-PEREZ

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon a petition of DAMARYS I. TELLADO, U.S. Probation Officer of this Court, alleging that releasee, Roberto Mattei-Pérez, has failed to comply with his conditions of his supervised release.

It is ORDERED that releasee appear before this Court on _____ 2005, at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked; thereupon he to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk will issue the corresponding warrant for the arrest of the releasee, Roberto Mattei-Pérez and notify counsel for releasee and for the government with copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this ____ day of June 2005.

                                                                      JUAN M. PEREZ-GIMENEZ
                                                                       U.S. DISTRICT JUDGE