## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Scheduled Time: 1:30
Reset Time:     :
Starting Time: 1:45
Ending Time:   2:05

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE JUAN M. PEREZ-GIMENEZ

| | |
|---|---|
| COURTROOM DEPUTY: Brenda GONZALEZ | DATE:  August 18, 2005 |
| COURT REPORTER:   Joyce DEL VALLE | **CR. NO: 00-043-44(PG)** |
| COURT INTERPRETER: Annie FLORES | PO: Damaris TELLADO |

=====================================================================

| | |
|---|---|
| UNITED STATES OF AMERICA | <u>Attorneys</u>:  AUSA Dina Avila-Jimenez |
| vs. | |
| ROBERTO LUIS MATTEI-PEREZ | Juan Matos de Juan, AFPD |

=====================================================================

The defendant is present in court.  He is  _X_  under custody  ___  released.

    CASE CALLED FOR FINAL REVOCATION HEARING of supervised release.  After having heard both parties in this case, the Court finds that the offender violated the conditions of his supervision term as cited on motions filed by United States Probation Officer on November 5, 2004 and April 27, 2005.  Thus, the supervised release term imposed on November 7, 2003, is hereby revoked.

    The Court is aware that the Chapter Seven (7) Policy Statements of the Sentencing Guidelines regarding revocation of supervised release are advisory.  The guideline imprisonment range upon revocation of supervised release will be considered. The Provisions of Section 7B1.1, Classifications of Violations, established that the violation incurred by Mr. Mattei-Perez were Grade C.  Section 7B1.4(a) mandates that the Criminal History Category originally determined at the time of sentencing be applied when establishing the new imprisonment range at the revocation proceedings.  When this

Page 2

defendant was originally sentenced his Criminal History Category was determined to be II. Based on a Grade C violation and a Criminal History Category of II, the new guideline imprisonment range is from 4 to 10 months.

As this defendant has failed to comply with his conditions of supervised release by utilizing illegal drugs and abandoning the Court ordered substance abuse treatment, a sentence at the top of the guideline imprisonment range will be imposed.

---

**IT IS THE JUDGMENT OF THE COURT** as to violation(s) in Mandatory Condition #4 and Grade C violation.

Imprisonment for a total term of   10 months

Supervised release for a total term of   One (1) year

Fine:  None    Special Monetary Assessment:  None    Restitution:  None

All terms and conditions are specified in the judgment form.

The defendant is advised of his/her right to appeal, etc.

___   Any remaining counts as to this defendant are ordered dismissed.

___   Voluntary surrender is requested.   It is ___ granted   ___ denied

 X    Defendant is remanded to the custody of the U.S. Marshal.

Recommendations:

s/ *Brenda Gonzalez*
Brenda GONZALEZ
Courtroom Deputy Clerk