# UNITED STATES DISTRICT COURT

District of     **PUERTO RICO**

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

ROBERTO LUIS MATTEI-PEREZ

Case Number:     3:00CR043-44 (PG)

USM Number:     19377-069

JUAN MATOS DE JUAN, AFPD
Defendant's Attorney

RECEIVED
UNITED STATES
MARSHAL
FEB 17  9 30 AM '06
DISTRICT OF
PUERTO RICO

**THE DEFENDANT:**

X    admitted guilt to violation of condition(s)    GRADE C VIOLATION    of the term of supervision.

☐    was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. | 11/30/04 |
| Special Condition | Defendant abandoned the substance abuse treatment. | 6/15/05 |

       The defendant is sentenced as provided in pages 2 through    4    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

22    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

       It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    XXX-XX-XXXX

Defendant's Date of    XX-XX-XX

Defendant's Residence Address:

Defendant's Mailing Address:

AUGUST 18, 2005
Date of Imposition of Judgment

s/ Juan M. Perez-Gimenez
Signature of Judge

JUAN M. PEREZ-GIMENEZ, U. S. DISTRICT JUDGE
Name and Title of Judge

AUGUST 18, 2005
Date

DEFENDANT: ROBERTO LUIS MATTEI-PEREZ
CASE NUMBER: 3:00CR043-44 (PG)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **10 MONTHS**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on  12-2-05  to  FCC Coleman

a  Coleman, Fl  with a certified copy of this judgment.

Charles L. Lockett, Deputy Warden
~~UNITED STATES MARSHAL~~

By  W. M. [illegible signature]
       ~~DEPUTY UNITED STATES MARSHAL~~