# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

ROBERTO MATTEI-PEREZ
BO QUEBRADAS
SECTOR LA CONCHA
YAUCO, P.R.
TEL. 787-927-3575

**WARRANT FOR ARREST**

Case Number: 00-CR-043-044 (PG)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**ROBERTO MATTEI-PEREZ**__
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   **X** **Supervised Release Violation Petition**   ☐ Violation Notice

charging him or her with (brief description of offense)

SEE MOTION AND ORDER ATTACHED.

in violation of Title _____ United States Code, Section(s) _____

| JUAN M. PEREZ-GIMENEZ | S/Juan M. Perez-Gimenez |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| UNITED STATES DISTRICT JUDGE | July 11, 2005  AT HATO REY, PUERTO RICO |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Certified to be a true & exact copy of the document.
FRANCES RIOS DE MORAN, CLERK
U.S. District Court
District of Puerto Rico
By: _____ Deputy Clerk

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-22-05 | JOSÉ CALDERON TPA | By: |
| DATE OF ARREST | | |
| 8-8-05 | | |